IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01086-PAB-KLM

ESTER NELSON,
individually and as Personal Representative of the Estate of Thelma Miller, deceased,
NANCY DAVIS, and
RACHEL ALLEN,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,
a Delaware corporation, a/k/a The Home Depot,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the joint Stipulation of Dismissal of All Claims [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 7, 2010.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer        
                                                  PHILIP A. BRIMMER
                                                  United States District Judge